UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

LAUREANO ALEJANDRO LAVIE MOJENA,
ERNESTO ANGEL NUEVO LAGO,

   Plaintiffs,

v.

SKY SATELLITE, INC.,
NELDO DOMINGUEZ,
LUCAS ZUCCHI,

   Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

  Plaintiffs, LAUREANO ALEJANDRO LAVIE MOJENA and ERNESTO ANGEL NUEVO LAGO, bring this action against Defendants, SKY SATELLITE, INC., NELDO DOMINGUEZ, and LUCAS ZUCCHI, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1.  Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.  At all times material hereto, Plaintiffs LAUREANO ALEJANDRO LAVIE MOJENA and ERNESTO ANGEL NUEVO LAGO were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3.  At all times material hereto, Defendant, SKY SATELLITE, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of installing television equipment for Direct TV customers, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4

4. Defendant, NELDO DOMINGUEZ, is a resident of Miami-Dade County, Florida and was, and now is, a manager of Defendant, SKY SATELLITE, INC., controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of SKY SATELLITE, INC.. Accordingly, NELDO DOMINGUEZ was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

5. Defendant, LUCAS ZUCCHI, is a resident of Miami-Dade County, Florida and was, and now is, a manager of Defendant, SKY SATELLITE, INC., controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of SKY SATELLITE, INC.. Accordingly, LUCAS ZUCCHI was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

6. Two or more of Defendants' employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

7. Plaintiff LAUREANO ALEJANDRO LAVIE MOJENA worked for Defendants as a technician.

8. Plaintiff ERNESTO ANGEL NUEVO LAGO worked for Defendants as a technician.

9. Defendants failed to pay Plaintiffs' full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rate for hours worked over 40 each week.

10. Attached as <u>Exhibit A</u> and <u>Exhibit B</u> are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

11. Defendants have knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

12. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

13. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

14. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

15. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

16. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

        Respectfully submitted,

        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316
        Phone: (786) 924-9929
        Fax:   (786) 358-6071
        Email: ekoz@kozlawfirm.com

        _____
        Elliot Kozolchyk, Esq.
        Bar No.: 74791